# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JORGE ANDUJAR and FRANKLIN PENA BATISTA, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>HUB GROUP TRUCKING INC.,<br><br>  Defendant. | No. 2:24-cv-02296-TLP-cgc |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiffs' Complaint, filed on September 6, 2023. (ECF No. 1.) In accordance with the Order Granting Motion to Dismiss (ECF No. 58), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

February 14, 2025
Date